THE PEOPLE ex rel. JOHN G. OSTROM et al., Respondents, *v.* HERRICK·THORN et al., Appellants.

(Argued April 2, 1872; decided April 9, 1872.)

*H. M. Taylor* for the appellants.

*Charles Wheaton* for the respondents.

Agree to dismiss appeal.   No opinion.

---

JAMES SELDEN, Appellant, *v.* JOSEPH BAYLEY, Respondent.

(Argued April 3, 1872 ; decided April 9, 1872.)

*M. S. Thompson* for the appellant.

*D. C. Calvin* for the respondent.

Agree to affirm.   No opinion.

---

HENRY FULLERTON, Respondent, *v.* PATRICK DALTON, Appellant.

(Argued April 5, 1872; decided April 9, 1872.)

*M. I. Townsend* for the appellant.

*G. H. Lee* for the respondent.

Agree to affirm.   No opinion.

---

STEPHEN A. WALKER, Respondent, *v.* THE AMERICAN NATIONAL BANK, Appellant.

If attorneys transact business as brokers, they are entitled to compensation as such, but cannot charge a counsel fee for conversations with their employers about the business, unless by express contract.

(Argued April 4, 1872; decided April 9, 1872.)